# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:06-cr-181 |
| ) | (Phillips) |
| JAMES WILLIAM LAWSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the court on the government's motion to continue sentencing hearing and motion to extend deadline within which to file response [Doc. 25]. Defendant is presently on pretrial release and has indicated no opposition to this motion. For good cause shown, the government's motion is **GRANTED**. Accordingly, this matter is **CONTINUED** from December 20, 2007 to March 19, 2008 at 10:00 a.m. The government shall submit its response to defendant's sentencing memorandum and motion for downward departure/variance on or before February 22, 2008.

**IT IS SO ORDERED**.

ENTER:

　　　s/ Thomas W. Phillips　　　
United States District Judge